AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

LLOYD STEVEN BEVERLY, JR.,

      Petitioner,        JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:08-cv-00409-ECR-RAM**

BILL DONAT, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition shall be DISMISSED without prejudice as a successive petition.

   May 8, 2009                                      **LANCE S. WILSON**
                                                                                       Clerk

                                                                                 /s/ Kalani Lizares
                                                                                 Deputy Clerk